# STATE OF MICHIGAN

# COURT OF APPEALS

---

JEFFREY S. MINDYKOWSKI and MICHELLE
M. MINDYKOWSKI,

        Plaintiffs-Appellees,

v

CODY M. OLSEN,

        Defendant,

and

CWB PROPERTY MANAGEMENT, INC., and
ALPENA HOTELS LLC,

        Defendants-Appellants.

UNPUBLISHED
March 10, 2015

No.   315753
Alpena Circuit Court
LC No.   12-004633-NO

---

Before:  JANSEN, P.J., and METER and BECKERING, JJ.

BECKERING, J. (*concurring*).

        I concur in result only.

                                        /s/ Jane M. Beckering

-1-